ACCEPTED
14-13-00694-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 2:28:14 PM
CHRISTOPHER PRINE
CLERK

# GOFORTH EASTERLING LLP

ATTORNEYS AT LAW

4900 Woodway, Suite 750

Houston, Texas 77056

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 2:28:14 PM
CHRISTOPHER A. PRINE
Clerk

DANIEL O. GOFORTH

TELEPHONE: (713) 650-0022

dangoforth@goforthlaw.com

July 15, 2015

***VIA ELECTRONIC SERVICE***

Mr. Christopher A. Prine

**CLERK, FOURTEENTH COURT OF APPEALS**

301 Fannin, Suite 245

Houston, Texas 77002

> RE: Appellate Cause No. 14-13-00694-CV; ***First Bank vs. DTSG, Ltd., et al.***; In the Court of Appeals for the Fourteenth District of Texas.

Dear Mr. Prine,

Appellant First Bank filed a motion for rehearing in this case on July 7, 2015. Please be advised that Appellee DTSG, Ltd. will waive its right to file a response to the motion at this time. Under Rule 49.2, I understand that the Court will not grant the motion without first requesting a response. I would appreciate it if you would direct this letter to the attention of the Court.

Thank you for your cooperation.

Very truly yours,

Daniel O. Goforth

cc:    Donald L. Turbyfill        *Via fax (713) 586-7053*
       David T. Moran             *Via fax (214) 953-5822*
       Richard A. Sheehy          *Via fax (713) 951-1199*
       Michael A. Moriarty        *Via fax (713) 953-5822*